UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF INDIANA
EVANSVILLE DIVISION

IN RE: )
    JAMES LELAND WALTERS JR ) CASE NO.23-70093–AKM-13
    HEATHER L WALTERS )
        DEBTOR(S) )

## TRUSTEE'S OBJECTION TO COURT CLAIM #019

Comes now Robert P. Musgrave, Trustee, and having reviewed the claim and other relevant pleadings and documents in this cause does now OBJECT pursuant to FRBP 3007(a) to the claim of Deaconess Hospital c/o Med-1 Solutions ("Creditor"), Trustee Claim #003/Court Claim #019 ("Proof"), for the following reason:

1. The claim of Creditor was listed in the proposed plan and the confirmation order to be treated as secured based on a judgment lien, to be paid in full by the Trustee at $100.00 per month @ 8.0% APR.

2. Creditor failed to file a proof of claim prior to the claims bar date of April 20, 2023. Debtor counsel filed a proof of claim on behalf of Creditor on May 2, 2023, which was timely under BR 3007 (d)(4).

3. On May 26, 2023, Trustee disbursed check no. 529560 to Creditor on the Proof in the amount of $139.50. On August 30, 2023, Creditor returned Trustee disbursement check no. 529560, noting that they were no longer servicing the account reflected in the Proof. Creditor further noted that the claim had been returned to the original creditor, Deaconess Hospital.

4. As the Creditor listed on the Proof will not accept the funds and the actual creditor has not filed a proof nor otherwise attempted to collect on the underlying claim, the present claim should be disallowed.

**WHEREFORE**, the Trustee prays the Court disallow the claim in its entirety, and for all other relief deemed appropriate in the premises.

## Notice

You are hereby notified that you have thirty (30) days from the date below to file a response to the Trustee's Objection to Claim above. In accordance with Local Rule S.D. Ind. B 9013-1, such response should be in writing and filed with the office of the clerk at Winfield K. Denton

Federal Building, 101 NW ML King Jr. Blvd, Suite 352, Evansville, IN 47708, with a copy to the Trustee at the address below. If no response is timely filed, then the Court may enter an order sustaining the objection to claim(s) without further notice.

                                            Respectfully Submitted,

January 23, 2024                        /s/Robert P. Musgrave
                                            Robert P. Musgrave
                                            Chapter 13 Trustee
                                            P.O. Box 972
                                            Evansville, IN 47706-0972
                                            Telephone: (812) 424-3029
                                            Fax: (812) 433-3464
                                            Email address: trusteegeneral@chap13evv.com

## CERTIFICATE OF SERVICE

       I hereby certify that a true and correct copy of the foregoing pleading was served upon the following parties, either personally, electronically or by first-class mail January 23, 2024:

U.S. Trustee
101 West Ohio Street, Suite 1000
Indianapolis, IN 46204

KEVIN S. KINKADE
ATTORNEY AT LAW
123 NW 4TH ST, STE 201
EVANSVILLE, IN 47708-1725

JAMES LELAND WALTERS JR
HEATHER L WALTERS
628 E DELAWARE ST
EVANSVILLE, IN 47711-

DEACONESS HOSPITAL
C/O MED 1 SOLUTIONS
517 US HWY 31 NORTH
GREENWOOD, IN   46142-

DEACONESS HOSPITAL
PO BOX 152
EVANSVILLE, IN 47701-0152

STEVEN M. THEISING
REGISTERED AGENT FOR DEACONESS HOSPITAL
501 MAIN STREET
SUITE 305
EVANSVILLE, IN 47708

MICHAEL E. DIRIENZO
KAHN DEES DONOVAN & KAHN LLP
PO BOX 3646
EVANSVILLE, IN 47735

                                                /s/Robert P. Musgrave
                                                Robert P. Musgrave
                                                Chapter 13 Trustee
                                                P.O. Box 972
                                                Evansville, IN  47706-0972
                                                Telephone:  (812) 424-3029
                                                Fax:  (812) 433-3464
                                                Email address:  trusteegeneral@chap13evv.com