UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF INDIANA
EVANSVILLE DIVISION

IN RE: )
    JAMES LELAND WALTERS JR ) CASE NO.23-70093–AKM-13
    HEATHER L WALTERS )
        DEBTOR(S) )

## TRUSTEE'S OBJECTION TO COURT CLAIM #019

Comes now Robert P. Musgrave, Trustee, and having reviewed the claim and other relevant pleadings and documents in this cause does now OBJECT pursuant to FRBP 3007 to the claim of Deaconess Hospital ("Creditor"), Trustee Claim #003/Court Claim #019 ("Proof"), for the following reason:

1. Creditor failed to file a proof of claim prior to the claims bar date of April 20, 2023.
2. Debtors filed a proof of claim on behalf of Creditor on May 2, 2023, which was timely under BR 3004 stating that the payments were to be made to Med 1 Solutions, a collection agent located in Greenwood, Indiana, which often works for Creditor ("Med 1").
3. The Trustee, pursuant to the Proof, disbursed funds to Med 1. The funds were returned to the Trustee, with a notation that it did not handle the claim on which the disbursement had been made.
4. Debtors now seek to amend the Proof, changing the payee name and address.
5. There are two issues with this attempted amendment:
   a. BR 3004 only permits the debtor to file a proof of claim on behalf of the creditor. No power is given for the debtor to amend a proof of the creditor, whether filed by the creditor or by an other party; and
   b. The new address which the debtors use in their attempt to amend the Proof is an address which appears no where on the Trustee's records, and which is believed to be invalid.

**WHEREFORE**, the Trustee prays the Court disallow the claim in its entirety, and for all other relief deemed appropriate in the premises.

## Notice

      You are hereby notified that you have thirty (30) days from the date below to file a response to the Trustee's Objection to Claim above. In accordance with Local Rule S.D. Ind. B 9013-1, such response should be in writing and filed with the office of the clerk at Winfield K. Denton Federal Building, 101 NW ML King Jr. Blvd, Suite 352, Evansville, IN 47708, with a copy to the Trustee at the address below. If no response is timely filed, then the Court may enter an order sustaining the objection to claim(s) without further notice.

                                                                           Respectfully Submitted,

March 20, 2024                                              /s/Robert P. Musgrave
                                                              Robert P. Musgrave
                                                              Chapter 13 Trustee
                                                              P.O. Box 972
                                                              Evansville, IN  47706-0972
                                                              Telephone:  (812) 424-3029
                                                              Fax:  (812) 433-3464
                                                              Email address:  trusteegeneral@chap13evv.com

## **CERTIFICATE OF SERVICE**

      I hereby certify that a true and correct copy of the foregoing pleading was served upon the following parties, either personally, electronically or by first-class mail March 20, 2024:

U.S. Trustee
101 West Ohio Street, Suite 1000
Indianapolis, IN 46204

 KEVIN S. KINKADE
 ATTORNEY AT LAW
 123 NW 4TH ST, STE 201
 EVANSVILLE, IN 47708-1725

 JAMES LELAND WALTERS JR
 HEATHER L WALTERS
 628 E DELAWARE ST
 EVANSVILLE, IN 47711-

 DEACONESS HOSPITAL
 520 MARY STREET
 #340
 EVANSVILLE, IN 47710

 STEVEN M. THEISING

REGISTERED AGENT FOR DEACONESS HOSPITAL INC
501 MAIN STREET
SUITE 305
EVANSVILLE, IN 47708

MED-1 SOLUTIONS LLC
517 US HIGHWAY 31 N
GREENWOOD, IN 46142

/s/Robert P. Musgrave
Robert P. Musgrave
Chapter 13 Trustee
P.O. Box 972
Evansville, IN  47706-0972
Telephone:  (812) 424-3029
Fax:  (812) 433-3464
Email address:  trusteegeneral@chap13evv.com