UNITED STATES BANKRUPTCY COURT
Southern District of Indiana
101 NW Martin Luther King Jr Blvd Rm 352
Evansville, IN 47708

SF00200 (rev 11/2020)

In re:

**James Leland Walters Jr.**,  Case No. **23–70093–AKM–13**
**Heather L Walters**,
     Debtors.

## NOTICE OF HEARING

A Response to Objection to Claim # 19 for Deaconess Hospital was filed on May 30, 2024, by Debtor James Leland Walters Jr. and Joint Debtor Heather L Walters. The Court, after reviewing this document, determines that a hearing is required.

**NOTICE IS GIVEN** that a hearing will be held as follows:

    Date: June 12, 2024
    Time: 10:45 AM Central
    Place: Federal Building
           101 NW Martin Luther King Jr Blvd Rm 359
           Evansville, IN 47708

Motions for continuance must be filed no later than **7 days** prior to the hearing. Motions for continuance filed less than **7 days** prior to the hearing will be granted **only** upon a showing of good cause. Every motion for continuance must indicate whether opposing counsel objects to the continuance or what efforts were made to contact opposing counsel regarding the request for continuance.

Any referenced document can be found at pacer.insb.uscourts.gov or may be requested from the filing parties.

Dated: May 31, 2024                        Eric R. Kleis
                                              Clerk, U.S. Bankruptcy Court