# Notice Recipients

| | | |
|---|---|---|
| District/Off: 0756–3 | User: admin | Date Created: 5/31/2024 |
| Case: 23–70093–AKM–13 | Form ID: SF00200 | Total: 5 |

**Recipients of Notice of Electronic Filing:**
ust     U.S. Trustee     ustpregion10.in.ecf@usdoj.gov
tr     Robert Musgrave     evansville@trustee13.com
aty     Kevin S Kinkade     kinkadeassociates@hotmail.com

                                                                                                                     TOTAL: 3

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**
db     James Leland Walters, Jr.     628 E Delaware Street     Evansville, IN 47711
jdb     Heather L Walters     628 E Delaware Street     Evansville, IN 47711

                                                                                                                     TOTAL: 2