United States Bankruptcy Court
Southern District of Indiana

In re:  Case No. 23-70093-AKM
James Leland Walters, Jr.  Chapter 13
Heather L Walters
    Debtors

## CERTIFICATE OF NOTICE

District/off: 0756-3     User: admin     Page 1 of 1
Date Rcvd: May 31, 2024     Form ID: SF00200     Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol     Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 02, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | James Leland Walters, Jr., Heather L Walters, 628 E Delaware Street, Evansville, IN 47711-6102 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Jun 02, 2024         Signature:     /s/Gustava Winters

UNITED STATES BANKRUPTCY COURT
Southern District of Indiana
101 NW Martin Luther King Jr Blvd Rm 352
Evansville, IN 47708

SF00200 (rev 11/2020)

In re:

**James Leland Walters Jr.**,
**Heather L Walters**,
      Debtors.

Case No. **23–70093–AKM–13**

## NOTICE OF HEARING

A Response to Objection to Claim # 19 for Deaconess Hospital was filed on May 30, 2024, by Debtor James Leland Walters Jr. and Joint Debtor Heather L Walters. The Court, after reviewing this document, determines that a hearing is required.

**NOTICE IS GIVEN** that a hearing will be held as follows:

    Date:  June 12, 2024
    Time:  10:45 AM Central
    Place: Federal Building
           101 NW Martin Luther King Jr Blvd Rm 359
           Evansville, IN 47708

Motions for continuance must be filed no later than **7 days** prior to the hearing. Motions for continuance filed less than **7 days** prior to the hearing will be granted **only** upon a showing of good cause. Every motion for continuance must indicate whether opposing counsel objects to the continuance or what efforts were made to contact opposing counsel regarding the request for continuance.

Any referenced document can be found at pacer.insb.uscourts.gov or may be requested from the filing parties.

Dated:  May 31, 2024

                                            Eric R. Kleis
                                            Clerk, U.S. Bankruptcy Court